IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIE VELARDE,

    Plaintiff,

vs.                                    Cause No. 15-CV-814 BRB/KBM

AUSTIN BARNES, in his individual capacity
and his official capacities, and

TOWN OF TAOS, a municipality.

    Defendants.

## UNNOPPOSED MOTION TO DISMISS
## DEFENDANT AUSTIN BARNES WITH PREJUDICE

**COMES NOW** the Plaintiff, Julie Velarde, through her undersigned counsel, and pursuant to Fed. R. Civ. P. 21 hereby moves the Court to dismiss with prejudice Defendant Austin Barnes as a party. In support thereof, Plaintiff states as follows:

1. Counsel for Defendant Barnes do not oppose this motion.

2. Counsel for Defendant Barnes are the attorneys of record for the Town of Taos in this matter.

WHEREFORE, Plaintiff Julie Velarde respectfully prays that the Court grant this unopposed motion and dismiss Defendant Austin Barnes with prejudice from this action.

Respectfully submitted,

DWIGHT E. THOMPSON LAW OFFICE, P.C.

***/s/* Dwight Thompson**
Dwight Ewing Thompson, Esq.
Post Office Box 60007
Savanna, GA  31420
(575)-751-3043
(575) 751-1387  FAX
Dwight@dwightthompsonlawoffice.net
*Attorney for Plaintiff*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of August, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Frank D. Weissbarth
Brennan & Sullivan, P.A.
128 East DeVargas
Santa Fe, NM  87501
(505) 995-8514
Fax: (505) 995-9710
Email: frank@brennsull.com
*Attorney for Defendant Austin Barnes*


    By: */s/ Dwight E. Thompson*
       Dwight E. Thompson